UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jerry Meas, | \* |
| Petitioner | \* |
| | \* Civil Action No. 1:15-cv-13234-GAO |
| Osvaldo Vidal et al, | \* |
| Respondent | \* |

ORDER OF DISMISSAL

August 31, 2018

O'Toole, D.J.

In accordance with the Court's Order dated August 31, 2018, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Taylor Halley

Deputy Clerk